## PRODUCTION OF COURT ORDERED TRANSCRIPT
### (NON-CJA CASE -- PAYMENT BY THE UNITED STATES)

WILLIE COLLON WEST,

        Petitioner,

v.                                        Case No.  2:11-cv-39-FtM-29SPC

UNITED STATES OF AMERICA,

        Respondent.
_____/

**To:**     **To Contract Court Reporter - Martina Reporting Services**

    **Attn:  Patsy Coleman**

Specific Proceeding (or portion thereof) for which the transcript is required:

    **Evidentiary Hearing on Motion**

Transcript Ordered for Use by:

    **The Court**

Type of Transcript Requested:

    **14 Day Transcript @ $4.25 per page (deliver within fourteen (14) days)**

Judge Ordering Transcript:

January 24, 2013

                                                      */s/ Sheri Polster Chappell*
                                                      SHERI POLSTER CHAPPELL
                                                      UNITED STATES MAGISTRATE JUDGE

**TO:   CLERK OF COURT (Attn:  Marsha Williams)**

The Transcript ordered above has been completed and delivered to _____
_____. Payment by the Clerk of Court is hereby requested.

No. of pages: _____    Page Rate:  _____    Total Amount_____

_____                              _____
      Date                                         Court Reporter Signature

Copy to file